**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisca Arellano, | No. CV-22-00545-TUC-RCC (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court is Plaintiff's Attorney's Corrected Motion for Attorney Fees Under 42 U.S.C. § 406(b). (Doc. 32.) The Court previously found counsel's fees reasonable, but asked counsel to clarify "why the smaller EAJA award should not be refunded to the claimant and instead subtracted from the total under 406(b)." (Doc. 31.) Counsel's corrected motion asks this Court "to include in its order instructions to the undersigned to pay the lower of the EAJA fee or the 406(b) fee to the Plaintiff once the 406(b) fee is received and also instruct Defendant to send to Plaintiff's Counsel the approved 406(b) attorney fees awarded, by check payable to Plaintiff's Counsel in the amount of $8,625.00."[1] (Doc. 32 at 13.)

The Court granted the parties' Stipulation for Attorney Fees under the EAJA and awarded $1,092.51 in fees. (Doc. 27.) When an attorney is awarded fees under § 406(b) and the EAJA, they must refund the smaller sum to the client. *See Parrish v. Comm'r of*

---

[1] The Court notes that the motion did not include a proposed order pursuant to the District of Arizona's Electronic Case Filing Administrative Policies and Procedures Manual § II(G)(1). *See* https://www.azd.uscourts.gov/sites/azd/files/adm%20manual.pdf (last visited April 8, 2026).

*Soc. Sec. Admin.*, 698 F.3d 1215, 1221 (9th Cir. 2012) (stating "[w]here the same attorney represented a claimant at each stage of judicial review, the court need merely offset all EAJA awards against the § 406(b) award"). The smaller sum here is the EAJA award of $1,092.51; therefore, the fees awarded under the EAJA shall be refunded to Plaintiff.

IT IS ORDERED GRANTING Plaintiff's Attorney's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b). (Doc. 32.) Plaintiff Francisca Arellano is awarded $8,625.00 in attorney's fees to be paid out of the sum from Plaintiff's past due benefits.

IT IS FURTHER ORDERED that Plaintiff's counsel shall, after receipt of the above awarded fee, refund to Plaintiff the lesser of the fee awarded under 42 U.S.C. § 406(b) and any fees awarded under the Equal Access to Justice Act.

Dated this 8th day of April, 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge